# Exhibit B(b)

*N.J. FEDERAL DISTRICT COURT*

# Select A Case

**LAURA S. MANN is an attorney in 10 cases.**

| | | | |
|---|---|---|---|
| 1:12-cv-06056-JEI-JS | REINISCH v. GB COLLECTS, LLC et al | filed 09/26/12 | closed 03/26/13 |
| 1:13-cv-00237-KMW | WILSON v. MATTLEMANN, WEINROTH & MILLER, P.C. et al | filed 01/13/13 | closed 04/16/14 |
| 2:12-cv-02162-ES-CLW | VITALE v. WILLIAMS, ALEXANDER & ASSOCIATES, INC. et al | filed 04/11/12 | closed 09/26/12 |
| 2:12-cv-03628-MF | ZBOROWSKI v. MCCARTHY & JENNERICH | filed 06/15/12 | closed 12/16/14 |
| 2:12-cv-04253-SRC-JAD | FEUERSTACK v. WEINER, ESQ. et al | filed 07/10/12 | closed 12/15/14 |
| 2:13-cv-01922-DMC-JBC | MURCIA v. BASS & ASSOCIATES, P.C. et al | filed 03/27/13 | closed 09/23/13 |
| 2:13-cv-03014-WJM-MF | FRANCO v. ANTHONY FIORELLO, LLC et al | filed 05/09/13 | closed 08/28/13 |
| 2:13-cv-05076-KM-MAH | CUMMINGS v. NATIONWIDE RECOVERY SERVICE et al | filed 08/23/13 | closed 09/24/13 |
| 2:14-cv-01858-JLL-JAD | WEISS v. MCELWEE, ESQ. et al | filed 03/24/14 | closed 02/29/16 |
| 2:15-cv-00002-JMV-JBC | COLEY v. RELIANCE GOLD BUYERS, INC. et al | filed 01/02/15 | closed 07/13/16 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/01/2016 12:49:44 | | | |
| **PACER Login:** | davidmhoffman:2536494:0 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Mann First Name: Laura Middle Name: S. Type: aty |

*1*

# Exhibit B(c)

# Select A Case

N.J. FEDERAL
DISTRICT COURT

**ARI HILLEL MARCUS is an attorney in 247 cases.**

| | | | |
|---|---|---|---|
| 1:14-cv-03426-RMB-JS | VEITENGRUBER v. IC SYSTEM, INC. et al | filed 05/29/14 | closed 01/14/15 |
| 1:14-cv-06421-JHR-AMD | WILLEMSEN v. PROFESSIONAL RECOVERY SERVICES INC. et al | filed 10/17/14 | closed 03/16/16 |
| 1:15-cv-00753-RMB-AMD | CRUZ v. FINANCIAL RECOVERIES et al | filed 02/02/15 | |
| 1:15-cv-06385-JHR-JS | HELMUS v. MRS BPO, L.L.C. | filed 08/24/15 | |
| 1:15-cv-07242-JBS-AMD | WILLEMSEN v. MORGAN, BORNSTEIN, & MORGAN et al | filed 10/01/15 | closed 11/30/15 |
| 1:16-cv-00621-RMB-AMD | D'OTTAVIO v. CITIBANK, INC. | filed 02/05/16 | |
| 1:16-cv-01492-NLH-AMD | GATES v. NORTHLAND GROUP, INC. et al | filed 03/17/16 | |
| 1:16-cv-02282-RMB-AMD | DOTTAVIO v. USAA SAVINGS BANK | filed 04/22/16 | |
| 1:16-cv-02488-RBK-KMW | DIAMANTOPOULOS v. SRA ASSOCIATES, INC. et al | filed 05/03/16 | |
| 2:14-cv-02205-MF | JACKSON v. RMB, INC. et al | filed 04/07/14 | closed 04/24/15 |
| 2:14-cv-03438-FSH-MAH | SANTANGELO v. AMITY ASSOCIATES et al | filed 05/29/14 | closed 08/05/14 |
| 2:14-cv-04481-JLL-JAD | EPITROPAKIS v. CAPIO PARTNERS et al | filed 07/15/14 | closed 12/04/14 |
| 2:14-cv-06811- | RAMOS v. HARRISON et al | filed 10/30/14 | closed 11/20/14 |

1

KM-SCM

| | | | |
|---|---|---|---|
| 2:14-cv-06922-KM-MAH | CRUZ v. HERITAGE FINANCIAL RECOVERY SERVICES et al | filed 11/03/14 | closed 06/29/15 |
| 2:14-cv-07510-CCC-JBC | MANOPLA v. VELDOS, LLC et al | filed 12/03/14 | closed 04/10/15 |
| 2:14-cv-07524-JLL-JAD | CRUZ v. TEK COLLECT, INCORPORATED et al | filed 12/03/14 | closed 02/19/15 |
| 2:14-cv-07526-ES-MAH | CRUZ v. THE RECEIVABLE MANAGEMENT SERVICES CORP. et al | filed 12/03/14 | closed 07/30/15 |
| 2:14-cv-08033-WJM-MF | REESEG v. GENERAL REVENUE CORPORATION et al | filed 12/29/14 | closed 02/01/16 |
| 2:14-cv-08065-JLL-JAD | DORMAN v. COMPUTER CREDIT, INC. et al | filed 12/29/14 | closed 04/19/16 |
| 2:15-cv-00217-SDW-SCM | BURNETTE v. VAN RU CREDIT CORPORATION et al | filed 01/12/15 | closed 04/13/15 |
| 2:15-cv-00557-SDW-LDW | GREENSPAN v. HCG DIET COMPANY | filed 01/27/15 | closed 11/20/15 |
| 2:15-cv-00576-JLL-JAD | SANTANGELO v. PRESSLER AND PRESSLER, LLP. et al | filed 01/28/15 | closed 03/01/16 |
| 2:15-cv-01180-CCC-JBC | GRECO v. ALLIED DATA CORPORATION et al | filed 02/13/15 | closed 06/30/15 |
| 2:15-cv-01182-KSH-CLW | GRECO v. STEPHEN EINSTEIN & ASSOCIATES, P.C. et al | filed 02/13/15 | closed 10/19/15 |
| 2:15-cv-02000-WHW-CLW | CRUZ v. NORTHLAND GROUP, INC. et al | filed 03/19/15 | closed 03/01/16 |
| 2:15-cv-02002-WHW-CLW | TREPICCHIO v. VISION FINANCIAL CORP. | filed 03/19/15 | closed 03/01/16 |
| 2:15-cv-02003-JLL-JAD | GRECO v. OLIPHANT FINANCIAL et al | filed 03/19/15 | closed 06/18/15 |

2

| | | | |
|---|---|---|---|
| 2:15-cv-02298-SRC-CLW | HUHN v. CONSOLIDATED TRAVEL HOLDINGS GROUP, INC. et al | filed 04/01/15 | closed 08/17/15 |
| 2:15-cv-02669-CCC-MF | GRECO v. OCWEN FINANCIAL CORPORATION et al | filed 04/15/15 | |
| 2:15-cv-03117-MCA-LDW | FRUND v. PORTFOLIO RECOVERY ASSOCIATES, LLC et al | filed 05/04/15 | closed 10/08/15 |
| 2:15-cv-03124-ES-MAH | ACEVEDO v. HALSTED FINANCIAL SERVICES, LLC et al | filed 05/04/15 | closed 04/28/16 |
| 2:15-cv-03131-CCC-MF | GUILLAUME et al v. EXECUTIVE CREDIT MANAGEMENT, INC. et al | filed 05/04/15 | closed 09/15/15 |
| 2:15-cv-03366-CCC-JBC | FRUND v. HEALTHCARE REVENUE RECOVERY GROUP, LLC et al | filed 05/15/15 | closed 11/23/15 |
| 2:15-cv-03448-ES-MAH | GRECO v. CVS CAREMARK CORPORATION et al | filed 05/20/15 | closed 12/11/15 |
| 2:15-cv-03450-KM-MAH | GRECO v. SETERUS INC. et al | filed 05/20/15 | closed 08/03/15 |
| 2:15-cv-03611-JMV-MF | ANDERSON v. FIRST ADVANTAGE LNS SCREENING SOLUTIONS INC. et al | filed 05/29/15 | closed 03/08/16 |
| 2:15-cv-03861-ES-JAD | GRECO v. TRANS UNION, LLC | filed 06/09/15 | closed 10/23/15 |
| 2:15-cv-03885-MCA-LDW | TREPICCHIO v. PERFORMANT RECOVERY, INC. et al | filed 06/10/15 | closed 09/29/15 |
| 2:15-cv-03895-KSH-CLW | LANIADO v. ACCOUNT CONTROL SYSTEMS, INC. et al | filed 06/10/15 | |
| 2:15-cv-04453-SDW-SCM | HARRIS v. MIDLAND CREDIT MANAGEMENT, INC. et al | filed 06/26/15 | closed 02/08/16 |
| 2:15-cv-04454-MCA-MAH | LIEBOWITZ v. RGS FINANCIAL, INC. et al | filed 06/26/15 | closed 08/19/15 |

2:15-cv-05967-KSH-CLW    KAHN v. ARS NATIONAL SERVICES, INC. et al    filed 08/03/15

2:15-cv-05968-MCA-MAH    KAHN v. MIDLAND CREDIT MANAGMENT, INC.    filed 08/03/15    closed 12/09/15

2:15-cv-07250-KSH-CLW    BLAHA v. CONTRACT CALLERS, INC    filed 10/01/15    closed 02/24/16

2:15-cv-07851-KM-JBC    CRUZ v. PORTFOLIO RECOVERY ASSOCIATES, LLC et al    filed 11/02/15

2:15-cv-08430-MCA-SCM    DONOHUE v. PRESSLER AND PRESSLER, LLP et al    filed 12/02/15    closed 05/25/16

2:16-cv-00045-JMV-MF    MCGEEHAN v. SUMMIT COLLECTION SERVICES, INC. et al    filed 01/05/16    closed 03/04/16

2:16-cv-00067-KM-JBC    ORTEGA v. GENERAL REVENUE CORPORATION et al    filed 01/06/16    closed 03/15/16

2:16-cv-00107-KM-JBC    PARRILLA v. TBI et al    filed 01/08/16    closed 04/18/16

2:16-cv-00109-JMV-MF    TATIS v. ALLIED INTERSTATE, LLC et al    filed 01/08/16

2:16-cv-00209-ES-JAD    RIVERA v. ENHANCED RECOVERY COMPANY, LLC et al    filed 01/12/16    closed 05/12/16

2:16-cv-00521-SRC-CLW    MUIR v. EARLY WARNING SERVICES, LLC et al    filed 01/29/16

2:16-cv-01103-JLL-JAD    ROSADO v. UNITED RECOVERY SYSTEMS, LP et al    filed 02/26/16

2:16-cv-01260-WHW-CLW    GENOVA v. TOTAL CARD, INC. et al    filed 03/04/16    closed 06/08/16

2:16-cv-01355-ES-JAD    KENNEY v. LAW OFFICES OF FALONI & ASSOCIATES, LLC. et al    filed 03/10/16

2:16-cv-01430-    BERBRICK v. SUMMIT COLLECTION SERVICES,

4

| | | |
|---|---|---|
| ES-MAH | INC. et al | filed 03/14/16 |
| 2:16-cv-01524-SDW-SCM | DIAMANTOPOULOS v. MIDLAND CREDIT MANAGEMENT, INC et al | filed 03/18/16 |
| 2:16-cv-01928-KSH-CLW | CRAWFORD v. SEAS & ASSOCIATES, LLC et al | filed 04/06/16 |
| 2:16-cv-02194-ES-MAH | GENOVA v. RESURGENT CAPITAL SERVICES, L.P. et al | filed 04/20/16 |
| 2:16-cv-02215-WHW-CLW | CARMONA v. JEFFERSON CAPITAL SYSTEMS, LLC et al | filed 04/20/16 |
| 2:16-cv-02498-SDW-SCM | FARMAN v. AMITY ASSOCIATES, LLC. et al | filed 05/03/16 |
| 2:16-cv-02499-WHW-CLW | DIAMANTOPOULOS v. CONVERGENT OUTSOURCING, INC. et al | filed 05/03/16 |
| 2:16-cv-02791-WHW-CLW | BLAHA v. FIRST NATIONAL COLLECTION BUREAU, INC. et al | filed 05/18/16 |
| 3:13-cv-06723-PGS-TJB | FARMAN v. ABLE CREDIT SERVICES GROUP, INC. | filed 11/05/13   closed 03/13/14 |
| 3:13-cv-07455-PGS-DEA | FARMAN vs. CMC COLLECTION SERVICES | filed 12/11/13   closed 04/02/14 |
| 3:13-cv-07456-AET-DEA | SHAMMAH v. GC SERVICES LIMITED PARTNERSHIP | filed 12/11/13   closed 03/25/14 |
| 3:14-cv-00308-MAS-LHG | CIDERN v. STEPHENS AND MICHAELS ASSOCIATES, INC. | filed 01/16/14   closed 04/15/16 |
| 3:14-cv-01737-MAS-LHG | GUZZO et al v. FIDELITY INFORMATION CORP. | filed 03/19/14   closed 03/25/15 |
| 3:14-cv-02755-AET-DEA | GOOD v. TRANS-CONTINENTAL CREDIT & COLLECTION CORP. | filed 04/30/14   closed 07/18/14 |
| 3:14-cv-02798- | LANIADO v. CERTIFIED CREDIT & COLLECTION | filed 05/02/14 |

PGS-LHG              BUREAU

| 3:14-cv-02886-PGS-DEA | GOOD v. LAW OFFICE OF GARY A. KAY, ESQ. et al | filed 05/06/14 | closed 05/19/15 |
|---|---|---|---|
| 3:14-cv-03005-FLW-DEA | TRUGLIO v. CREDIT COLLECTION SERVICES | filed 05/12/14 | closed 07/15/14 |
| 3:14-cv-03056-MAS-DEA | VIETENGRUBER v. GARDEN STATE CLE et al | filed 05/14/14 | closed 02/09/15 |
| 3:14-cv-03195-JAP-DEA | LIBBY v. PENN CREDIT CORPORATION et al | filed 05/19/14 | closed 07/15/14 |
| 3:14-cv-03393-FLW-TJB | COLEMAN v. RESURGENT CAPITAL SERVICES et al | filed 05/29/14 | closed 08/28/14 |
| 3:14-cv-03424-MAS-DEA | AITON v. NORTHLAND GROUP, INC. et al | filed 05/29/14 | closed 08/29/14 |
| 3:14-cv-03615-JAP-DEA | SUTTON v. THE ROI COMPANIES et al | filed 06/05/14 | closed 12/12/14 |
| 3:14-cv-03616-JAP-DEA | LEVI v. CERTIFIED CREDIT & COLLECTION BUREAU et al | filed 06/05/14 | closed 10/30/16 |
| 3:14-cv-03621-FLW-TJB | SAFDIEH et al v. ELEVATE RECOVERIES, LLC et al | filed 06/05/14 | closed 09/16/14 |
| 3:14-cv-03623-PGS-TJB | HARARI v. VITAL RECOVERY SOLUTIONS | filed 06/05/14 | closed 07/28/14 |
| 3:14-cv-03851-PGS-TJB | ASHIKENAZI v. FRONTLINE ASSET STRATEGIES, LLC et al | filed 06/16/14 | closed 09/08/14 |
| 3:14-cv-03867-MAS-LHG | TRUGLIO v. KEYSTONE FINANCIAL SERVICES et al | filed 06/17/14 | closed 10/23/14 |
| 3:14-cv-03947-FLW-LHG | SAFDIEH v. P & B CAPITAL GROUP, LLC | filed 06/19/14 | |
| 3:14-cv-04282-JAP-TJB | EVANS v. COLLECTION BUREAU OF THE HUDSON VALLEY, INC. et al | filed 07/08/14 | closed 11/05/14 |

6

| | | | |
|---|---|---|---|
| 3:14-cv-04283-PGS-TJB | BEST v. DIVERSIFIED ADJUSTMENT SERVICES | filed 07/08/14 | closed 09/22/14 |
| 3:14-cv-04404-FLW-DEA | AITON v. JEFFERSON CAPITAL SYSTEMS, LLC et al | filed 07/11/14 | closed 09/04/14 |
| 3:14-cv-04567-JAP-LHG | SCOTT v. HARVARD COLLECTION SERVICE INC. et al | filed 07/21/14 | closed 12/03/14 |
| 3:14-cv-04586-MAS-DEA | SAFDIEH v. NATIONWIDE CREDIT, INC. et al | filed 07/21/14 | closed 02/27/15 |
| 3:14-cv-04704-AET-DEA | COHEN et al v. IC SYSTEMS, INC. | filed 07/28/14 | closed 01/28/15 |
| 3:14-cv-04706-JAP-DEA | WILLEMSEN v. MIDLAND CREDIT MANAGEMENT, INC. et al | filed 07/28/14 | closed 10/02/14 |
| 3:14-cv-04769-FLW-LHG | BEST v. BUDGET CONTROL SERVICES, INC. et al | filed 07/31/14 | closed 02/03/15 |
| 3:14-cv-05296-MAS-DEA | WILLEMSEN v. NCO FINANCIAL SYSTEMS, INC. et al | filed 08/25/14 | closed 10/28/14 |
| 3:14-cv-05325-PGS-DEA | COHEN v. VITAL RECOVERY SOLUTIONS | filed 08/25/14 | closed 02/23/15 |
| 3:14-cv-05619-JAP-LHG | ASHKENAZI v. CERTIFIED CREDIT & COLLECTION BUREAU et al | filed 09/10/14 | closed 01/12/15 |
| 3:14-cv-05787-FLW-LHG | O'REILLY v. HARVARD COLLECTION SERVICES, INC. et al | filed 09/17/14 | closed 11/06/14 |
| 3:14-cv-05790-PGS-LHG | GINDI v. EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC. et al | filed 09/17/14 | closed 04/28/15 |
| 3:14-cv-05791-PGS-TJB | O'NEIL v. COMMONWEALTH FINANCIAL SYSTEMS, INC. et al | filed 09/17/14 | closed 06/16/15 |
| 3:14-cv-06054-MAS-DEA | KLAUBER v. TEMAK MEDICAL BILLING AND PRACTICAL MANAGEMENT et al | filed 09/29/14 | closed 04/07/15 |

7

| | | | |
|---|---|---|---|
| 3:14-cv-06148-MAS-LHG | NAPOLITANO v. LAW OFFICES OF JOEL CARDIS, LLC | filed 10/03/14 | closed 11/19/14 |
| 3:14-cv-06149-FLW-LHG | LANDS v. ONLINE INFORMATION SERVICE et al | filed 10/03/14 | closed 06/08/15 |
| 3:14-cv-06413-MAS-TJB | SHEARER v. LAW FIRM OF ALLAN C. SMITH, P.C. et al | filed 10/17/14 | closed 06/08/15 |
| 3:14-cv-06415-FLW-DEA | CRUZ v. B&B COLLECTIONS, INC. et al | filed 10/17/14 | closed 01/26/15 |
| 3:14-cv-06416-FLW-DEA | KASSIN v. BUREAU OF ACCOUNTS CONTROL et al | filed 10/17/14 | |
| 3:14-cv-06418-FLW-LHG | RODRIGUEZ v. ACB RECEIVABLES MANAGEMENT, INC. et al | filed 10/17/14 | |
| 3:14-cv-06420-PGS-TJB | KASSIN v. REMEX REVENUE MANAGEMENT, INC. et al | filed 10/17/14 | closed 06/16/15 |
| 3:14-cv-06436-PGS-DEA | KYLES, JR. v. COMMONWEALTH FINANCIAL SYSTEM, INC. et al | filed 10/17/14 | closed 03/12/15 |
| 3:14-cv-06437-FLW-LHG | OHNOUNA v. EOS CCA et al | filed 10/17/14 | closed 01/29/15 |
| 3:14-cv-06496-PGS-DEA | MOELLER v. APEX ASSET MANAGEMENT, LLC et al | filed 10/21/14 | closed 04/24/15 |
| 3:14-cv-06535-JAP-DEA | TRUGLIO v. PORTFOLIO RECOVERY ASSOCIATES et al | filed 10/22/14 | closed 12/29/14 |
| 3:14-cv-06593-PGS-TJB | SAFDIEH v. OAC et al | filed 10/23/14 | closed 12/03/15 |
| 3:14-cv-06594-FLW-DEA | LANIADO v. FMS INC. et al | filed 10/23/14 | closed 07/02/15 |
| 3:14-cv-06595-FLW-DEA | SULTAN v. SAVIT COLLECTION AGENCY et al | filed 10/23/14 | closed 03/26/15 |

3:14-cv-06598-

| | | | |
|---|---|---|---|
| PGS-LHG | ELVIN v. CBCS et al | filed 10/24/14 | closed 01/14/15 |
| 3:14-cv-06663-MAS-TJB | SAFDIEH v. SYNERGETIC COMMUNICATION, INC. et al | filed 10/27/14 | closed 12/31/14 |
| 3:14-cv-06765-FLW-DEA | RAMOS v. NCO FINANCIAL SYSTEMS, INC. et al | filed 10/29/14 | closed 04/09/15 |
| 3:14-cv-06797-PGS-LHG | KASSIN v. TRANS-CONTINENTAL CREDIT & COLLECTION CORP. et al | filed 10/30/14 | closed 04/28/15 |
| 3:14-cv-06966-MAS-DEA | SHALEM v. AMERICAN MEDICAL COLLECTION AGENCY et al | filed 11/06/14 | closed 03/20/15 |
| 3:14-cv-06970-PGS-LHG | KASSIN v. NORTHLAND GROUP INC. et al | filed 11/07/14 | closed 05/14/15 |
| 3:14-cv-06986-MAS-DEA | SUTTON v. NCO FINANCIAL SYSTEMS, INC. et al | filed 11/07/14 | closed 06/11/15 |
| 3:14-cv-07062-TJB | KRADY v. A-1 COLLECTION AGENCY, LLC et al | filed 11/11/14 | closed 01/20/16 |
| 3:14-cv-07063-MAS-TJB | RAMOS v. A-1 COLLECTION SERVICE et al | filed 11/11/14 | closed 02/19/15 |
| 3:14-cv-07078-PGS-LHG | KYLES, JR. v. WEST ASSET MANAGEMENT INC. et al | filed 11/11/14 | closed 04/21/15 |
| 3:14-cv-07088-MAS-LHG | CARRASQUILLO v. FINANCIAL RECOVERY SERVICES, INC. et al | filed 11/12/14 | closed 01/22/15 |
| 3:14-cv-07130-FLW-TJB | BRITTAN v. C.TECH COLLECTIONS, INC. et al | filed 11/13/14 | closed 05/28/15 |
| 3:14-cv-07176-FLW-DEA | CRUZ v. SCHACHTER PORTNOY, LLC et al | filed 11/17/14 | closed 05/11/15 |
| 3:14-cv-07215-PGS-DEA | LEBLANC v. CLIENT SERVICES, INC. et al | filed 11/19/14 | closed 03/18/15 |
| 3:14-cv-07433- | KASSIN v. I.C. SYSTEMS, INC. et al | filed 12/01/14 | closed 09/30/15 |

PGS-TJB

| | | |
|---|---|---|
| 3:14-cv-07503-FLW-TJB | ELVIN v. AMERICAN CORADIUS INTERNATIONAL LLC et al | filed 12/03/14   closed 05/08/15 |
| 3:14-cv-07505-PGS-DEA | ASHKENAZI v. NCO FINANCIAL SYSTEMS, INC. et al | filed 12/03/14   closed 03/10/15 |
| 3:14-cv-07514-FLW-DEA | OLIVIER v. INTEGRITY SOLUTION SERVICES, INC. | filed 12/03/14   closed 05/28/15 |
| 3:14-cv-07515-FLW-DEA | SHALEM v. VITAL RECOVERY SERVICES, INC. et al | filed 12/03/14   closed 02/20/15 |
| 3:14-cv-07553-MAS-TJB | LEBLANC v. ONLINE INFORMATION SERVICE et al | filed 12/04/14   closed 05/06/15 |
| 3:14-cv-07627-PGS-LHG | ASHKENAZI v. CERTIFIED CREDIT & COLLECTION BUREAU et al | filed 12/08/14 |
| 3:14-cv-07769-AET-LHG | DELUCIA v. COMMONWEALTH FINANCIAL SYSTEMS, INC. et al | filed 12/12/14   closed 07/16/15 |
| 3:14-cv-07795-AET-DEA | KENZER v. CREDIT BUREAU OF NAPA COUNTY, INC. et al | filed 12/15/14   closed 05/07/15 |
| 3:14-cv-08046-MAS-DEA | LEBLANC v. COMPLETE PAYMENT RECOVERY SERVICES, INC. et al | filed 12/29/14   closed 02/25/15 |
| 3:14-cv-08050-FLW-DEA | LEBLANC v. MCS CLAIM SERVICES, INC. et al | filed 12/29/14   closed 11/25/15 |
| 3:14-cv-08108-PGS-LHG | LEBLANC v. PORTFOLIO RECOVERY ASSOCIATES et al | filed 12/30/14   closed 05/13/15 |
| 3:15-cv-00048-FLW-TJB | JACKSON v. I.C. SYSTEMS, INC. et al | filed 01/05/15   closed 09/09/15 |
| 3:15-cv-00142-JAP-TJB | MASSRY v. HARRIS & HARRIS, LTD. et al | filed 01/08/15   closed 02/13/15 |
| 3:15-cv-00446-MAS-DEA | GOLDBERG v. STARK & STARK, ATTORNEYS AT LAW et al | filed 01/22/15   closed 06/16/15 |

10

| | | | |
|---|---|---|---|
| 3:15-cv-00458-AET-LHG | TREITLI v. COAST PROFESSIONAL INC. et al | filed 01/22/15 | closed 04/06/15 |
| 3:15-cv-00608-MAS-LHG | PICCIOTTO v. ASSET RECOVERY SOLUTIONS, LLC et al | filed 01/29/15 | closed 10/14/15 |
| 3:15-cv-00662-PGS-TJB | PICCIOTTO v. FEIN, SUCH, KAHN & SHEPARD, P.C. et al | filed 01/30/15 | closed 06/11/15 |
| 3:15-cv-00669-MAS-LHG | SUSINNO v. FRANK, FRANK, GOLDSTEIN & NAGER, P.C. et al | filed 01/30/15 | closed 07/07/15 |
| 3:15-cv-00673-MAS-TJB | SMOLUCHA v. RMB, INC. et al | filed 01/30/15 | closed 08/05/15 |
| 3:15-cv-00768-PGS-LHG | ANDERSON v. STONELEIGH RECOVERY ASSOCIATES, LLC et al | filed 02/03/15 | closed 06/25/15 |
| 3:15-cv-01060-AET-DEA | SEROR v. RECEIVABLES PERFORMANCE MANAGEMENT et al | filed 02/09/15 | closed 08/05/15 |
| 3:15-cv-01119-MAS-LHG | TORGUEMAN v. CAPITAL ONE BANK (USA), N.A. et al | filed 02/12/15 | closed 03/12/15 |
| 3:15-cv-01120-PGS-TJB | MANOPLA et al v. HOME DEPOT USA, INC. et al | filed 02/12/15 | |
| 3:15-cv-01136-MAS-DEA | D'OTTAVIO v. PROTECTION 1 ALARM MONITORING, INC. et al | filed 02/12/15 | |
| 3:15-cv-01402-MAS-TJB | BERKOVITS v. DIVERSIFIED ADJUSTMENT SERVICES, INC. et al | filed 02/23/15 | closed 10/15/15 |
| 3:15-cv-01556-FLW-DEA | CHEHEBAR v. ACB RECEIVABLES MANAGEMENT INC. et al | filed 03/02/15 | |
| 3:15-cv-01748-AET-LHG | SEROR v. DIVERSIFIED ADJUSTMENT SERVICE, INC. et al | filed 03/10/15 | closed 07/27/15 |
| 3:15-cv-01823-FLW-TJB | SEROR v. MIDLAND CREDIT MANAGEMENT, INC. et al | filed 03/11/15 | closed 09/01/15 |

11

| 3:15-cv-01824-PGS-DEA | HARARY v. FENTON & MCGARVEY, LAW FIRM, P.S.C. et al | filed 03/11/15 | |
| 3:15-cv-02007-PGS-LHG | MILES v. FBCS, INC. et al | filed 03/19/15 | closed 08/31/15 |
| 3:15-cv-02087-MAS-LHG | KRADY v. NCO FINANCIAL SYSTEMS, INC. et al | filed 03/23/15 | closed 08/26/15 |
| 3:15-cv-02302-AET-TJB | MANN v. HAYT, HAYT & LANDAU, LLC et al | filed 04/01/15 | closed 10/26/15 |
| 3:15-cv-02306-MAS-DEA | BREEDEN v. ASSET ACCEPTANCE, LLC et al | filed 04/02/15 | closed 09/28/15 |
| 3:15-cv-02308-MAS-LHG | NAPOLITANO v. ACB RECEIVABLES MANAGEMENT, INC. et al | filed 04/02/15 | |
| 3:15-cv-02311-MAS-TJB | ROSA v. ENCORE RECEIVABLE MANAGEMENT, INC. et al | filed 04/02/15 | |
| 3:15-cv-02353-FLW-TJB | BRITTAIN v. CERTIFIED CREDIT & COLLECTION BUREAU | filed 04/02/15 | closed 02/03/16 |
| 3:15-cv-02393-PGS-TJB | EVANS v. PERFORMANT RECOVERY INC. et al | filed 04/06/15 | closed 09/15/15 |
| 3:15-cv-02394-FLW-DEA | RILEY v. INTEGRITY SOLUTION SERVICES, INC. et al | filed 04/06/15 | closed 10/20/15 |
| 3:15-cv-02458-MAS-LHG | BREEDEN v. FIRST NATIONAL COLLECTION BUREAU, INC. et al | filed 04/07/15 | closed 05/04/16 |
| 3:15-cv-02519-PGS-LHG | TOWN & COUNTRY JEWELERS, LLC v. MEADOWBROOK INSURANCE GROUP, INC. et al | filed 04/08/15 | |
| 3:15-cv-02534-PGS-DEA | KATZ v. TRANS-CONTINENTAL CREDIT & COLLECTION CORP. et al | filed 04/09/15 | closed 07/21/15 |
| 3:15-cv-02705-PGS-DEA | ASHKENAZI v. BLOOMINGDALES, INC. et al | filed 04/16/15 | |

12

| 3:15-cv-02732-FLW-TJB | NAPOLITANO v. RAGAN & RAGAN et al | filed 04/17/15 | |
| 3:15-cv-02829-PGS-LHG | MCGEE v. SOUTHWEST CREDIT SYSTEMS, L.P. et al | filed 04/22/15 | closed 10/13/15 |
| 3:15-cv-03006-MAS-DEA | BENELI v. ALLIANCE ONE RECEIVABLES MANAGEMENT, INC. et al | filed 04/29/15 | closed 02/19/16 |
| 3:15-cv-03106-MAS-DEA | BREEDEN v. ATLANTIC CREDIT & FINANCE INC. et al | filed 05/04/15 | closed 09/22/15 |
| 3:15-cv-03118-MAS-LHG | LIBBY v. COMMONWEALTH FINANCIAL SYSTEMS, INC., et al | filed 05/04/15 | |
| 3:15-cv-03119-MAS-LHG | MALDONADO v. DIVERSIFIED CONSULTANTS, INC. et al | filed 05/04/15 | closed 12/17/15 |
| 3:15-cv-03208-MAS-LHG | CARRERA v. MAJOR ENERGY SERVICES, LLC et al | filed 05/07/15 | |
| 3:15-cv-03296-FLW-DEA | AITON v. STONELEIGH RECOVERY ASSOCIATES, LLC et al | filed 05/12/15 | closed 09/28/15 |
| 3:15-cv-03355-FLW-DEA | LEBLANC v. NORTHLAND GROUP, INC. et al | filed 05/15/15 | closed 02/16/16 |
| 3:15-cv-03356-FLW-DEA | ASHKENAZI v. STEPHENS AND MICHAELS ASSOCIATES, INC. et al | filed 05/15/15 | closed 10/05/15 |
| 3:15-cv-03357-FLW-LHG | LEBLANC v. EOS CCA et al | filed 05/15/15 | closed 08/13/15 |
| 3:15-cv-03358-MAS-LHG | BENELI v. VITAL RECOVERY SERVICES, INC. et al | filed 05/15/15 | closed 10/05/15 |
| 3:15-cv-03387-MAS-LHG | SEVIN v. CUTOLO MANDEL, LLC et al | filed 05/15/15 | closed 09/17/15 |
| 3:15-cv-03407-PGS-LHG | GINDI v. FINANCIAL CORPORATION OF AMERICA et al | filed 05/18/15 | closed 12/01/15 |
| 3:15-cv-03605- | BENELI v. AFNI, INC. et al | filed 05/29/15 | |

13

FLW-DEA

| 3:15-cv-03615-MAS-DEA | TAWIL v. AMERICAN MEDICAL COLLECTION AGENCY et al | filed 05/29/15   closed 09/04/15 |
|---|---|---|
| 3:15-cv-03813-PGS-TJB | TRUGLIO v. CBE GROUP et al | filed 06/08/15 |
| 3:15-cv-03925-MAS-DEA | HARARI v. PROGRESSIVE FINANCIAL SERVICES, INC. | filed 06/11/15   closed 06/18/15 |
| 3:15-cv-03928-FLW-LHG | LEVY v. CREDIT COLLECTION SERVICES | filed 06/11/15   closed 08/28/15 |
| 3:15-cv-03936-PGS-DEA | CHEHEBAR v. BCA FINANCIAL SERVICES, INC. | filed 06/11/15   closed 06/07/16 |
| 3:15-cv-04025-FLW-DEA | POLLAK v. PORTFOLIO RECOVERY ASSOCIATES, LLC et al | filed 06/15/15 |
| 3:15-cv-04032-MAS-TJB | SAFDIEH v. PFS GROUP et al | filed 06/15/15   closed 07/07/15 |
| 3:15-cv-05340-FLW-DEA | KONOPCA v. CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC. et al | filed 07/08/15 |
| 3:15-cv-05757-PGS-LHG | NAPOLITANO v. CREDIT BUREAU OF NAPA COUNTY, INC. et al | filed 07/24/15   closed 02/24/16 |
| 3:15-cv-05881-PGS-TJB | SUSINNO v. WORK OUT WORLD, INC. et al | filed 07/30/15 |
| 3:15-cv-05981-PGS-TJB | ARACENA v. ROGERS, WUGHALTER, KAUFMAN & CORREDINE, ESQS. | filed 08/04/15   closed 01/05/16 |
| 3:15-cv-06003-MAS-TJB | BERKOVITS v. AFNI, INC. | filed 08/04/15   closed 10/29/15 |
| 3:15-cv-06046-MAS-DEA | POLLAK v. FIRSTSOURCE ADVANTAGE, LLC | filed 08/06/15   closed 12/07/15 |
| 3:15-cv-06137-MAS-LHG | RICHERT v. SAVIT COLLECTION AGENCY | filed 08/11/15   closed 12/11/15 |

14

| | | | |
|---|---|---|---|
| 3:15-cv-06216-PGS-DEA | CAMPBELL v. MELIAN LABS, INC. | filed 08/14/15 | closed 10/14/15 |
| 3:15-cv-06218-MAS-LHG | KASSIN v. HARVARD COLLECTION SERVICES, INC. | filed 08/14/15 | closed 11/25/15 |
| 3:15-cv-06220-FLW-TJB | LANG v. GC SERVICES LIMITED PARTNERSHIP | filed 08/14/15 | closed 02/04/16 |
| 3:15-cv-06386-PGS-TJB | MALEH v. CERTIFIED CREDIT & COLLECTION BUREAU, INC. | filed 08/24/15 | closed 02/04/16 |
| 3:15-cv-06451-AET-TJB | GRANDOVSKY v. HAYT, HAYT & LANDAU, LLC | filed 08/27/15 | closed 11/20/15 |
| 3:15-cv-06477-MAS-LHG | MICKENDROW v. DIVERSIFIED CONSULTANTS, INC. | filed 08/28/15 | closed 09/30/15 |
| 3:15-cv-06522-MAS-TJB | GRANDOVSKY v. RETRIEVAL-MASTERS CREDITORS BUREAU, INC. | filed 08/31/15 | closed 04/01/16 |
| 3:15-cv-06533-MAS-TJB | AITON v. VERIZON NEW JERSEY, INC. | filed 09/01/15 | closed 05/17/16 |
| 3:15-cv-06611-AET-TJB | LEBLANC v. TRANS CONTINENTAL CREDIT & COLLECTION CORP. et al | filed 09/03/15 | closed 01/12/16 |
| 3:15-cv-06612-FLW-TJB | MASSRY v. PFS GROUP et al | filed 09/03/15 | closed 11/24/15 |
| 3:15-cv-06617-MAS-LHG | MONTGOMERY v. TRIDENT ASSET MANAGEMENT, L.L.C. et al | filed 09/03/15 | closed 05/12/16 |
| 3:15-cv-07222-PGS-TJB | CABALLERO v. BSI FINANCIAL SERVICES et al | filed 10/01/15 | closed 11/20/15 |
| 3:15-cv-07223-PGS-TJB | KATZ v. MCGOVERN LEGAL SERVICES, LLC et al | filed 10/01/15 | closed 02/04/16 |
| 3:15-cv-07359-PGS-LHG | OCEAN GROVE FAMILY CHIROPRACTIC, LLC v. BERMAN PARTNERS, LLC et al | filed 10/07/15 | |

15

| 3:15-cv-07422-FLW-TJB | COHEN v. LTD FINANCIAL SERVICES, LP et al | filed 10/13/15 | |
|---|---|---|---|
| 3:15-cv-07423-FLW-TJB | ASHKENAZI v. ACB RECEIVABLES MANAGEMENT, INC. et al | filed 10/13/15 | |
| 3:15-cv-07429-MAS-LHG | O'BRIEN et al v. WALDMAN & KAPLAN, P.A. et al | filed 10/13/15 | |
| 3:15-cv-07467-PGS-LHG | GOLOVENZITZ et al v. THE RECEIVABLE MANAGEMENT SERVICES CORPORATION | filed 10/13/15 | closed 03/29/16 |
| 3:15-cv-07590-PGS-LHG | ANDERSON v. ASSET RECOVERY SOLUTIONS, LLC et al | filed 10/20/15 | closed 02/05/16 |
| 3:15-cv-07784-MAS-DEA | TOBAL v. ALDRIDGE PITE, LLP et al | filed 10/29/15 | closed 01/05/16 |
| 3:15-cv-07797-PGS-LHG | LIBBY v. TRANSWORLD SYSTEMS, INC. et al | filed 10/30/15 | closed 02/17/16 |
| 3:15-cv-07988-FLW-LHG | FUENTES v. AR RESOURCES, INC. et al | filed 11/09/15 | |
| 3:15-cv-08287-MAS-LHG | NAPOLITANO v. TRANSWORLD SYSTEMS, INC. et al | filed 11/24/15 | |
| 3:15-cv-08449-PGS-LHG | COHEN v. TRANSWORLD SYSTEMS, INC. et al | filed 12/03/15 | closed 03/18/16 |
| 3:15-cv-08783-AET-TJB | ODAR v. MCM et al | filed 12/21/15 | closed 03/23/16 |
| 3:15-cv-08890-MAS-LHG | TORRE v. TRANSWORLD SYSTEMS, INC. | filed 12/28/15 | closed 05/05/16 |
| 3:16-cv-00044-PGS-DEA | COHEN v. ASPEN NATIONAL COLLECTIONS et al | filed 01/05/16 | closed 04/20/16 |
| 3:16-cv-00061-FLW-TJB | HAUT v. TRANS-CONTINENTAL CREDIT & COLLECTION CORP. et al | filed 01/06/16 | closed 03/02/16 |

16

| 3:16-cv-00259-PGS-LHG | MERZ v. EQUIFAX INFORMATION SERVICES, LLC et al | filed 01/14/16 | |
|---|---|---|---|
| 3:16-cv-00576-AET-DEA | COHEN v. DYNAMIC RECOVERY SOLUTIONS et al | filed 02/02/16 | |
| 3:16-cv-00577-FLW-LHG | BREEDEN v. NORTHLAND GROUP, INC. et al | filed 02/02/16 | closed 06/03/16 |
| 3:16-cv-00579-MAS-LHG | KONOPCA v. CREDIT CONTROL, LLC | filed 02/02/16 | |
| 3:16-cv-00580-PGS-LHG | COOPERMAN v. SYNENBERG & ASSOCIATES, LLC et al | filed 02/02/16 | |
| 3:16-cv-00664-AET-DEA | JACOBOVITS v. LAW OFFICE OF MARVEL & MALONEY, P.C. et al | filed 02/08/16 | |
| 3:16-cv-00888-MAS-LHG | RODRIGUEZ v. AMERICAN EXPRESS CORPORATION et al | filed 02/18/16 | |
| 3:16-cv-01020-PGS-TJB | RODRIGUEZ v. MIDLAND CREDIT MANAGEMENT, INC. et al | filed 02/23/16 | |
| 3:16-cv-01488-MAS-LHG | AITON v. CREDIT BUREAU OF NAPA COUNTY, INC. et al | filed 03/17/16 | |
| 3:16-cv-01489-MAS-LHG | AITON v. VALENTINE & KEBARTAS, INC. et al | filed 03/17/16 | |
| 3:16-cv-01490-FLW-LHG | SARAH ASHKENAZI v. AVANTE USA, LTD et al | filed 03/17/16 | |
| 3:16-cv-01919-FLW-LHG | GLIDDEN v. TRANS-CONTINENTAL CREDIT & COLLECTION CORP. et al | filed 04/06/16 | |
| 3:16-cv-02230-PGS-TJB | TRIMBLE v. PENN CREDIT CORPORATION | filed 04/21/16 | |
| 3:16-cv-02510-FLW-TJB | PICCIOTTO v. MERCANTILE ADJUSTMENT BUREAU, LLC. et al | filed 05/03/16 | |
| 3:16-cv-02623- | BANDMAN v. CONVERGENT OUTSOURCING INC. | filed 05/10/16 | |

17

PGS-TJB

| 3:16-cv-02626-FLW-DEA | COHEN v. DIVERSIFIED ADJUSTMENT SERVICES, INC. | filed 05/10/16 |
| 3:16-cv-02736-PGS-DEA | DERRICK v. ERIE ASSET MANAGEMENT, INC. et al | filed 05/13/16 |
| 3:16-cv-02737-FLW-LHG | BENELI v. BCA FINANCIAL SERVICES, INC. et al | filed 05/13/16 |
| 3:16-cv-02743-MAS-TJB | PEREZ v. NORTHSTAR LOCATION SERVICES, LLC et al | filed 05/13/16 |
| 3:16-cv-02752-PGS-TJB | GENOVA v. CREDIT CONTROL, LLC et al | filed 05/17/16 |
| 3:16-cv-02789-MAS-LHG | MARTIN v. COMPLETE CREDIT SOLUTIONS, INC. et al | filed 05/17/16 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/10/2016 02:26:12 | | | |
| PACER Login: | davidmhoffman:2536494:0 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: Marcus First Name: Ari Type: aty |
| Billable Pages: | 8 | Cost: | 0.80 |

18

# Exhibit C

N.J. FEDERAL
DISTRICT COURT

# Select A Case

**MARNI TRUGLIO is a plaintiff in 6 cases.**

| | | | |
|---|---|---|---|
| 3:14-cv-03005-FLW-DEA | TRUGLIO v. CREDIT COLLECTION SERVICES | filed 05/12/14 | closed 07/15/14 |
| 3:14-cv-03867-MAS-LHG | TRUGLIO v. KEYSTONE FINANCIAL SERVICES et al | filed 06/17/14 | closed 10/23/14 |
| 3:14-cv-06535-JAP-DEA | TRUGLIO v. PORTFOLIO RECOVERY ASSOCIATES et al | filed 10/22/14 | closed 12/29/14 |
| 3:15-cv-03813-PGS-TJB | TRUGLIO v. CBE GROUP et al | filed 06/08/15 | |
| 3:15-cv-07959-FLW-LHG | TRUGLIO v. PLANET FITNESS, INC. et al | filed 11/06/15 | |
| 3:16-cv-01122-PGS-TJB | TRUGLIO v. SUMMIT JUDGMENT RECOVERY | filed 02/29/16 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/10/2016 01:10:54 | | | |
| **PACER Login:** | davidmhoffman:2536494:0 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Truglio First Name: Marni Type: pty |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# Exhibit D

**In The Matter Of:**

*FAIR COLLECTION PRACTICES ACT*

*VIDEO BY LAURA S. MANN FROM MANN LEGAL-MANN LEGAL VIDEO*

# ORIGINAL

---

*TRANSCRIPT OF PROCEEDINGS*

*October 8, 2013*

*YOUTUBE VIDEO*

---

*Rizman Rappaport*

*66 W. Mt. Pleasant Ave.*

*Livingston, N.J. 07039*

*(973)992-7650*

*reporters@rizmanrappaport.com*

Min-U-Script® with Word Index

Page 101

1 client could collect under the Act is $1,000.
2    JOE JONES: Statutory damages.
3    AUDIENCE MEMBER: Now, if that's the case,
4 why would a client sign on with you when he knows
5 that --
6    LAURA MANN: Why not? It's $1,000 in their
7 pocket. They win, they get $1,000, or up to $1,000
8 plus actuals. And we'll get to those remedies a little
9 later in more detail, but it costs them nothing. Why
10 not? It's some found money, plus they might do some
11 good.
12    JOE JONES: Yeah. When a client comes in
13 with a stack full of letters, and you've given them
14 $1,000 or $1,500 on a -- you know, through the form of
15 a settlement, a couple of times for them it's like -- I
16 have a couple of clients, it's almost like an annuity
17 in their mind. They just bring in letter after letter
18 after letter. Every time they get a collection letter,
19 they bring it in, and they joke, can you do something?
20    AUDIENCE MEMBER: And another question is you
21 stated that you start a lot of these as a class action.
22 Would you start as a class action if you only had one
23 client --
24    JOE JONES: Well, you don't need --
25    AUDIENCE MEMBER: -- and one letter?

Page 102

1    JOE JONES: The question is would you bring
2 it as a class action lawsuit if you only have one
3 plaintiff. Okay? All you need to start a class action
4 lawsuit is one plaintiff. Okay? You're bringing the
5 class action on behalf of that plaintiff and everybody
6 else similarly situated. Now, I'm not advocating that
7 you go out there and you just file the big -- every
8 case is a class action. You have to believe that it's
9 a class action. Okay?
10    You've got to have a basis for that belief,
11 and I add my belief usually is, when I bring a class
12 action, is if I'm looking at the letter and it's a form
13 letter, okay, and it wasn't uniquely drafted for my
14 client, chances are that violation is in hundreds of
15 letters. Numerosity is really -- very rarely is a
16 problem in the FDCPA arena for class certification.
17 It's more of does the -- is the plaintiff going to be a
18 proper class representative.
19    LAURA MANN: Yeah. Basically what I look at
20 is, is the violation that you're going after or one of
21 the violations that you're going after on behalf of
22 that client something that would be common among many
23 people. If it was a mathematical error, probably not.
24 But if it's a failure to include G notice language on a
25 form letter, most -- almost definitely.

Page 103

1    We have another question over here. While
2 the microphone is coming that way, I just want to touch
3 on --
4    JOE JONES: We do have to wrap it up in a
5 moment.
6    LAURA MANN: Oh, five minutes?
7    JOE JONES: We'll a little behind, but
8 we're --
9    LAURA MANN: Time just flew now, didn't it?
10 Go ahead.
11    AUDIENCE MEMBER: In the context of
12 commercial collection, like if you're a small business,
13 it is just the wild west? I mean, this -- obviously
14 it's not -- it doesn't -- it's not covered?
15    JOE JONES: It's a lot more wild than the
16 consumer collection arena.
17    LAURA MANN: I'm just going to quickly touch
18 on remedies because we -- did we get a five-minute
19 warning? Okay.
20    So very quickly on remedies with damages.
21 Statutory damages up to $1,000 per violation per case
22 actually. So if you find one letter that contains
23 three violations, that's not $3,000.
24    JOE JONES: Yeah, that's 1,000.
25    LAURA MANN: It's up to 1,000. And if it

Page 104

1 goes to trial, the Court could award less than the full
2 1,000, but it's one violation. But if you've got one
3 client that has a letter from Pressler, a letter from
4 Lyons, and a letter from Midland, whatever, those could
5 be three separate lawsuits and that could be $3,000.
6 This is what's called a fee-shifting statute.
7    So your -- I'm sorry, back to the damages for
8 the client, statutory up to 1,000 per case, and actual
9 damages, rarely in my experience are there actual
10 damages, but it does happen.
11    JOE JONES: You have to prove it. I mean,
12 you've got to prove actual damages.
13    LAURA MANN: So you want to look at that. A
14 fee-shifting statute, you can get your attorneys' fees,
15 and in a successful lawsuit, you should get your fees
16 paid by the other side. So -- and that's, you know,
17 when you settle it, or successfully, you know, win at
18 trial, you will get your fees.
19    So you've got to keep track of your time by
20 your normal hourly rate. You spent 50 hours on the
21 case; you charge three, four hundred dollars an hour,
22 that's what you should recover. You know, the judges
23 sometimes tweak it and whatever, but that's -- you get
24 paid from the other side in the successful litigation,
25 and that's something you want to negotiate in a