

**Meredith Kaplan Stoma**
Partner
Admitted in NJ and NY

651 Old Mount Pleasant Avenue
Suite 200
Livingston, NJ 07039
T: 973.863.7747  F: 973.994.3375
E: mstoma@morganlawfirm.com

January 31, 2017

**VIA ECF**

Hon. James B. Clark III, U.S. Magistrate Judge
United States District Court, District of New Jersey Newark
Frank R. Lautenberg U.S. P.O. & Cthse.
1 Federal Square
Newark, NJ 07102

      RE:    **WINTERS v. JONES, et al.**
              Docket No. 16-09020
              Our File No. MRC 36-368 U EA/MKS

Dear Judge Clark:

    We represent Defendants, Ari Marcus, Esq., Yitzchak Zelman, Esq. and Marcus & Zelman, LLC (collectively "Marcus & Zelman") in the above-captioned matter. We are in receipt of Plaintiffs' January 30, 2017 letter to the Court as well as the January 30, 2017 letter to the Court from counsel for Co-Defendants, Joseph Jones, Esq., Benjamin Wolf, Esq. and Jones, Wolf & Kapasi, LLC (collectively the "Jones Defendants"). Respectfully, we write to join in the Jones Defendants' objections.

    First, we can perceive no reason as to why Plaintiffs would need additional time to respond to Marcus & Zelman's Motion to Dismiss which was filed on January 18, 2017. Plaintiffs have already received a one-cycle adjournment of that motion to March 6, 2017 which should afford ample time to craft a response.

    Second, we do not believe that any in-person conferences are necessary until the Defendants' Motions to Dismiss are all adjudicated. In the event that one or all

{01242252}
www.morganlawfirm.com
Offices in Livingston, NJ and New York, NY

Hon. James B. Clark III
January 31, 2017
Page -2-

of the Defendants' motions are granted, the scope of any conference would be drastically altered. Judicial resources are best saved until they are needed.

    Third, consistent with the Jones Defendants, Marcus & Zelman have no interest in participating in any early settlement conference as they view the claims against them as completely frivolous. It should be noted plaintiffs were just served with the appropriate Rule 11 notice and draft motion for sanctions that will be filed in 21 days if the Complaint against Marcus & Zelman is not dismissed with prejudice.

    Should Your Honor have any questions or need anything further, please advise.

Very truly yours,

MEREDITH KAPLAN STOMA

MKS/JAH/d

cc: David M. Hoffman, Esq.
    Craig L. Steinfeld, Esq.
    Louis A. Uccello, Esq.

{01242252}



**Morgan Melhuish Abrutyn**
Attorneys At Law

Meredith Kaplan Stoma
Partner
Admitted in NJ and NY

651 Old Mount Pleasant Avenue
Suite 200
Livingston, NJ 07039
T: 973.863.7747  F: 973.994.3375
E: mstoma@morganlawfirm.com

January 31, 2017

**VIA ECF**

Hon. James B. Clark III, U.S. Magistrate Judge
United States District Court, District of New Jersey Newark
Frank R. Lautenberg U.S. P.O. & Cthse.
1 Federal Square
Newark, NJ 07102

  RE: **WINTERS v. JONES, et al.**
     Docket No. 16-09020
     Our File No. MRC 36-368 U EA/MKS

Dear Judge Clark:

  We represent Defendants, Ari Marcus, Esq., Yitzchak Zelman, Esq. and Marcus & Zelman, LLC (collectively "Marcus & Zelman") in the above-captioned matter. We are in receipt of Plaintiffs' January 30, 2017 letter to the Court as well as the January 30, 2017 letter to the Court from counsel for Co-Defendants, Joseph Jones, Esq., Benjamin Wolf, Esq. and Jones, Wolf & Kapasi, LLC (collectively the "Jones Defendants"). Respectfully, we write to join in the Jones Defendants' objections.

  First, we can perceive no reason as to why Plaintiffs would need additional time to respond to Marcus & Zelman's Motion to Dismiss which was filed on January 18, 2017. Plaintiffs have already received a one-cycle adjournment of that motion to March 6, 2017 which should afford ample time to craft a response.

  Second, we do not believe that any in-person conferences are necessary until the Defendants' Motions to Dismiss are all adjudicated. In the event that one or all

Hon. James B. Clark III
January 31, 2017
Page -2-

of the Defendants' motions are granted, the scope of any conference would be drastically altered. Judicial resources are best saved until they are needed.

    Third, consistent with the Jones Defendants, Marcus & Zelman have no interest in participating in any early settlement conference as they view the claims against them as completely frivolous. It should be noted plaintiffs were just served with the appropriate Rule 11 notice and draft motion for sanctions that will be filed in 21 days if the Complaint against Marcus & Zelman is not dismissed with prejudice.

    Should Your Honor have any questions or need anything further, please advise.

Very truly yours,

MEREDITH KAPLAN STOMA

MKS/JAH/d

cc:   David M. Hoffman, Esq.
      Craig L. Steinfeld, Esq.
      Louis A. Uccello, Esq.

{01242252}