UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JEFFREY A. WINTERS, et al,

    *Plaintiffs*,

v.

JOSEPH K. JONES, ESQ., et al,

    *Defendants*.

Civil Action No. 16-9020

**ORDER**

**John Michael Vazquez, U.S.D.J.**

**THIS MATTER** comes before the Court by way of the motions to dismiss filed by Defendants Ari H. Marcus, Esq., Yitzchak Zelman, Esq., and Marcus & Zelman, LLC on January 18, 2017 (D.E. 19), and Laura S. Mann, Esq. and the Law Offices of Laura S. Mann, LLC (D.E. 21) on January 20, 2017; and it

**APPEARING** that on February 6, 2017 Plaintiffs filed an amended complaint, pursuant to Fed. R. Civ. P. 15(a)(1)(B), that renders Defendants' pending motions to dismiss moot; and

For good cause shown,

**IT IS** on this 7th day of February, 2017

**ORDERED** that the pending motions to dismiss (D.E. 19, 21) are **ADMINISTRATIVELY TERMINATED** without prejudice to Defendants' right to file motions to dismiss as to the amended complaint.

_____
John Michael Vazquez, U.S.D.J.