UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY AT TRENTON

| | |
|---|---|
| JEFFREY A. WINTERS and COLLECTION SOLUTIONS, INC., a New Jersey Corporation; on their own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>-vs-<br><br>JOSEPH K. JONES, ESQ., BENJAMIN J. WOLF, ESQ., JONES, WOLF & KAPASI, LLC, LAURA S. MANN, ESQ., LAW OFFICES OF LAURA S. MANN, LLC; ARI H. MARCUS, ESQ., YITZCHAK ZELMAN, ESQ., and MARCUS & ZELMAN, LLC<br><br>    Defendants. | Civil Action No. 16-09020<br><br><br>Civil Action<br><br>**MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

    **PLEASE TAKE NOTICE** that on **Monday, April 3, 2017 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, Defendants Ari H. Marcus, Esq., Yitzchak Zelman, Esq. And Marcus & Zelman, LLC, shall apply to the United States District Court, District of New Jersey, for an Order dismissing plaintiffs' complaint pursuant to Rule 12(b)(6).

    **PLEASE TAKE FURTHER NOTICE** that in support of the Motion to Dismiss Plaintiffs' First Amended Complaint, Defendants Ari H. Marcus, Esq., Yitzchak

{01256422}

Zelman, Esq. And Marcus & Zelman, LLC shall rely on the attached Brief and Certification.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(e), a proposed form of Order is annexed hereto.

                              **MORGAN MELHUISH ABRUTYN**
                              Attorneys for Defendants,
                              Ari H. Marcus, Esq.,
                              Yitzchak Zelman, Esq.
                              and Marcus & Zelman, LLC

By:   /s/ Meredith Kaplan Stoma
        MEREDITH KAPLAN STOMA
        651 Old Mount Pleasant Avenue, Suite 200
        Livingston, New Jersey 07039
        (973) 994-2500
        e-mail: mstoma@morganlawfirm.com

Dated:  March 7, 2017

{01256422}

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY AT TRENTON

| | |
|---|---|
| JEFFREY A. WINTERS and COLLECTION SOLUTIONS, INC., a New Jersey Corporation; on their own behalf and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>-vs-<br><br>JOSEPH K. JONES, ESQ., BENJAMIN J. WOLF, ESQ., JONES, WOLF & KAPASI, LLC, LAURA S. MANN, ESQ., LAW OFFICES OF LAURA S. MANN, LLC; ARI H. MARCUS, ESQ., YITZCHAK ZELMAN, ESQ., and MARCUS & ZELMAN, LLC<br><br>     Defendants. | Civil Action No. 16-09020<br><br><br>Civil Action<br><br>**ORDER** |

**THIS MATTER** having been brought to the Court by Morgan Melhuish Abrutyn, attorneys for Defendants Ari H. Marcus, Esq., Yitzchak Zelman, Esq. And Marcus & Zelman, LLC, on notice to all counsel, for an Order dismissing Plaintiffs' complaint pursuant to Rule 12(b)(1) and (6), and the Court having considered the papers submitted herein, and for good cause shown;

**IT IS** on this _____ day of _____, 2017,

{01256422}

**ORDERED** that Defendants Ari H. Marcus, Esq., Yitzchak Zelman, Esq. And Marcus & Zelman, LLC's motion to dismiss is hereby **GRANTED**; and it is further

**ORDERED** that all counts of Plaintiffs' complaint against Defendants Ari H. Marcus, Esq., Yitzchak Zelman, Esq. And Marcus & Zelman, LLC be and are hereby dismissed with prejudice; and it is further

**ORDERED** that a copy of this Order be served upon all parties appearing herein with _____ days of the date hereof.

_____
U.S.D.J

{01256422}