UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JEFFREY A. WINTERS, et al,

    *Plaintiffs*,

v.

JOSEPH K. JONES, et al,

    *Defendants*.

Civil Action No. 16-9020

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons expressed in the accompanying Opinion; and for good cause shown,

**IT IS** on this 8th day of January, 2018,

**ORDERED** that Defendants' motions to dismiss the Amended Complaint pursuant to Federal Rule 12(b)(6) for failure to state a claim upon which relief can be granted (D.E. 39, 49, 50) are **GRANTED**; and it is further

**ORDERED** that Plaintiffs have thirty (30) days to file a Second Amended Complaint, if they so choose, consistent with the accompanying Opinion and in accordance with Local Civil Rule 15.1.

*[signature]*
John Michael Vazquez, U.S.D.J.