UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JEFFREY A. WINTERS, et al,

    *Plaintiffs*,

v.

JOSEPH K. JONES, et al,

    *Defendants*.

Civil Action No. 16-9020

**ORDER**

**John Michael Vazquez, U.S.D.J.**

    For the reasons expressed in the accompanying Opinion; and for good cause shown,

    **IT IS** on this 8th day of January, 2018,

    **ORDERED** that Defendants' motions for sanctions pursuant to Federal Rule 11 (D.E. 60, 63) are **DENIED**.

                                               John Michael Vazquez, U.S.D.J.