**DAVID M. HOFFMAN**
COUNSELLOR AT LAW

28 Countryside Drive
Basking Ridge, N.J. 07920
(908) 608-0333
E-mail: dhoffman@david-hoffman-esq.com

February 8, 2018

Honorable James B. Clark, III, U.S.M.J.
United States Post Office & Courthouse
1 Federal Square
Newark, N. J.  07102              via electronic filing only

Re: Winter, et al v Jones, et al – Case No. 2:16-cv-09020 (JMV-JBC)

Dear Judge Clark:

    Since this matter is now on appeal to the Third Circuit, we assume the conference previously scheduled for February 16 via your Text Order filed as Document 74 will be cancelled and that we will receive notification if that is not the case.

                        Respectfully yours,

                        s/David M. Hoffman
                        David M. Hoffman

DMH/m
CC: to all Counsel via electronic filing