# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST, ROOM 2060<br>NEWARK, NJ 07102 |

February 14, 2018

### **LETTER ORDER**

Re: **WINTERS et al v. JONES et al**
    **Civil Action No. 16-9020 (JMV)**

Dear Counsel:

The telephone conference scheduled in this matter for **February 16, 2018 at 11:00 AM** has been rescheduled to **April 18, 2018 at 11:00 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**