## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY A. WINTERS and COLLECTION SOLUTIONS, INC., a New Jersey Corporation; on their own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>-vs-<br>JOSEPH K. JONES, ESQ., BENJAMIN J. WOLF, ESQ., JONES, WOLF & KAPASI, LLC, LAURA S. MANN, ESQ., LAW OFFICES OF LAURA S. MANN, LLC; ARI H. MARCUS, ESQ., YITZCHAK ZELMAN, ESQ., and MARCUS & ZELMAN, LLC<br><br>    Defendants. | Civil Action No. 16-09020<br><br><br>**NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT** |

**NOTICE IS HEREBY GIVEN** that Ari H. Marcus, Esq., Yitzchak Zelman, Esq., and Marcus & Zelman, LLC, Defendants in the above-entitled action, hereby cross-appeal to the United States Court of Appeals for the Third Circuit from an Order entered by the Honorable John Michael Vazquez, U.S.D.J. on January 8, 2018 denying Defendants' Motion for Sanctions pursuant to Federal Rule 11

**MORGAN MELHUISH ABRUTYN**

**By:/s/ Meredith Kaplan Stoma**
651 Old Mt. Pleasant Avenue, Suite 200
Livingston, New Jersey 07039
(973) 994-2500
Attorneys for Defendants
mstoma@morganlawfirm.com

Dated:  February 15, 2018