# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (973) 776-7700

| | |
|---|---|
| CHAMBERS OF | U.S. COURTHOUSE |
| **JAMES B. CLARK, III** | 50 WALNUT ST, ROOM 2060 |
| UNITED STATES MAGISTRATE JUDGE | NEWARK, NJ 07102 |

April 16, 2018

**LETTER ORDER**

Re:     **WINTERS et al v. JONES et al**
        **Civil Action No. 16-9020 (JMV)**

Dear Counsel:

The telephone conference scheduled in this matter for **April 18, 2018 at 11:00 AM** has been

rescheduled to **June 8, 2018 at 11:30 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**


        s/ James B. Clark, III
        **JAMES B. CLARK, III**
        **United States Magistrate Judge**