# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>18-1226</u>

Jeffrey Winters, et al v. Joseph Jones, et al

(District Court No. 2-16-cv-09020)

# O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/ petitioner failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S.Dodszuweit
Clerk

Date: 8/27/2018

cc: Craig J Compoli Jr. Esq.
    David M. Hoffman, Esq.
    Meredith K. Stoma, Esq.
    Anthony J. Sylvester, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate